# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETE ADAME, | ) | NO. EDCV 05-541 CBM (CW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| A. KANE, Warden, et. al, | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   04/12/11

_____
CONSUELO B. MARSHALL
United States District Judge

1